**No. 60942.**—Inter Continental Trading Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 289260–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of typewriter cases the same in all material respects as those the subject of Abstract 59651, the claim of the plaintiffs was sustained.

**No. 60943.**—Manca, Inc. *v.* United States, protest 281139–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of calico cases, in chief value of wood, the claim of the plaintiff was sustained.

**No. 60944.**—Arthur J. Humphreys *v.* United States, protest 279861–K (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of fir dowels having a board foot measurement of 35,986.72 feet, the claim of the plaintiff was sustained.

**No. 60945.**—The Otto Gerdau Co. *v.* United States, protest 299027–K (Boston).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of bamboo fishing poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.